# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

BRETT ADAMS, TAMRA ADAMS, JILL O'DONNELL, MATTHEW O'DONNELL, JASON TEPFENHARDT, JESSICA TEPFENHARDT, JAMES WIEGERS, ANN MARIE WIEGERS, BRIAN BENTRIM, JEFF CAMPAGNA, ELIZABETH CAMPAGNA, CATHERINE BENTRIM, JAMES COY AND DENISE COY

       v.

TOLL BROTHERS, INC, TOLL PA, L.P., TOLL PA GP CORP, TOLL BROS., INC., TOLL ARCHITECTURE, INC., TOLL ARCHITECTURE I, P.A., ANDERSEN WINDOWS, INC., THOMAS E. MANION T/A MANION CONTRACTORS AND/OR THOMAS E. MANION, MICHAEL ANTOLINO CONSTRUCTION, INC., RSB CONSTRUCTION CO., MACK DONOHOE CONTRACTORS, INC., ELK CONSTRUCTION, PETR JACH T/A BRICK FRONTS, .L.C., EXTERIOR OPTIONS, INC.

PETITION OF: TOLL BROTHERS, INC., TOLL BROS., INC., TOLL PA, L.P. AND TOLL PA GP CORP.

: No. 300 EAL 2022

: Petition for Allowance of Appeal
: from the Order of the Superior Court

---

JAMES COOKE AND TRACY COOKE

       v.

TOLL BROTHERS, INC, TOLL PA, VI L.P., TOLL PA GP CORP, TOLL BROS., INC., TOLL ARCHITECTURE, INC., TOLL ARCHITECTURE I, P.A.

: No. 301 EAL 2022

: Petition for Allowance of Appeal
: from the Order of the Superior Court

v.          :

ANDERSEN WINDOWS, INC., NEW : 
MILLENNIUM CONTRACTING CORP., : 
MACK DONOHOE CONTRACTORS, INC., : 
MAR JOHN MASONRY, INC., CONNOLLY : 
STUCCO AND PLASTERING : 

PETITION OF: TOLL BROTHERS, INC., : 
TOLL BROS., INC., TOLL PA, VI, L.P. AND : 
TOLL PA GP CORP. : 

JAMES COY AND DENISE COY : No. 302 EAL 2022

v. : Petition for Allowance of Appeal
: from the Order of the Superior Court

TOLL BROTHERS, INC, TOLL PA, L.P., : 
TOLL PA GP CORP, TOLL BROS., INC., : 
TOLL ARCHITECTURE, INC., TOLL : 
ARCHITECTURE I, P.A. : 

v. : 

ANDERSEN WINDOWS, INC., MICHAEL : 
ANTOLINO CONSTRUCTION, INC., RSB : 
CONSTRUCTION, EXTERIOR OPTIONS, : 
INC D/B/A EXTERIOR WALL, INC., FRANK : 
BADOLATO, AQUARIUS SIDING : 

PETITION OF: TOLL BROTHERS, INC., : 
TOLL BROS., INC., TOLL PA, L.P. AND : 
TOLL PA GP CORP. : 

THOMAS DEANGELO AND CAGLAYAN : No. 303 EAL 2022
DEANGELO : 

: Petition for Allowance of Appeal
v. : from the Order of the Superior Court

[300 EAL 2022, 301 EAL 2022, 302 EAL 2022, 303 EAL 2022, 304 EAL 2022, 305 EAL 2022, 306 EAL 2022, 307 EAL 2022 and 308 EAL 2022] - 2

TOLL BROTHERS, INC, TOLL PA, II, L.P.,
TOLL PA GP CORP, TOLL BROS., INC.,
TOLL ARCHITECTURE, INC., TOLL
ARCHITECTURE I, P.A.

       v.

ANDERSEN WINDOWS, INC., MS
BUILDERS, INC.,  M A CARDY
CONSTRUCTION, INC., DOMINIC C.
DEFRANGESCO, MACK DONOHOE
CONTRACTORS, INC.

PETITION OF: TOLL BROTHERS, INC.,
TOLL BROS., INC., TOLL PA II, L.P. AND
TOLL PA GP CORP.

TODD ELLIOTT AND JUDITH ELLIOTT    :  No. 304 EAL 2022

       v.                        Petition for Allowance of Appeal
from the Order of the Superior Court

TOLL BROTHERS, INC, TOLL PA, II, L.P.,
TOLL PA GP CORP, TOLL BROS., INC.,
TOLL ARCHITECTURE, INC., TOLL
ARCHITECTURE I, P.A.

       v.

ANDERSEN WINDOWS, INC., MACK
DONOHOE CONTRACTORS, INC., M.A.
CARDY CONSTRUCTION, INC.

PETITION OF: TOLL BROTHERS, INC.,
TOLL BROS., INC., TOLL PA II, L.P. AND
TOLL PA GP CORP.

[300 EAL 2022, 301 EAL 2022, 302 EAL 2022, 303 EAL 2022, 304 EAL 2022, 305 EAL
2022, 306 EAL 2022, 307 EAL 2022 and 308 EAL 2022] - 3

| | | |
|---|---|---|
| BENJAMIN LACSON AND EVELYN LACSON | : | No. 305 EAL 2022 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| | : | |
| TOLL BROTHERS, INC, TOLL PA, L.P., TOLL PA GP CORP, TOLL BROS., INC., TOLL ARCHITECTURE, INC., TOLL ARCHITECTURE I, P.A. | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| ANDERSEN WINDOWS, INC., THOMAS E. MANION T/A MANION CONTRACTORS AND/OR THOMAS E. MANION A/K/A MANION, RSB CONSTRUCTION CO., EXTERIOR WALLS, INC., MACK DONOHOE CONTRACTORS INC., ELK CONSTRUCTION, INC. | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: TOLL BROTHERS, INC., TOLL BROS., INC., TOLL PA, L.P. AND TOLL PA GP CORP. | : | |
| | : | |
| | : | |
| | : | |
| MICHAEL MILEY AND JENNIFER MILEY | : | No. 306 EAL 2022 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| TOLL BROTHERS, INC, TOLL PA II, L.P., TOLL PA GP CORP, TOLL BROS., INC., TOLL ARCHITECTURE, INC., TOLL ARCHITECTURE I, P.A. | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| | : | |

[300 EAL 2022, 301 EAL 2022, 302 EAL 2022, 303 EAL 2022, 304 EAL 2022, 305 EAL 2022, 306 EAL 2022, 307 EAL 2022 and 308 EAL 2022] - 4

ANDERSEN WINDOWS, INC., NEW                :
MILLENNIUM CONTRACTORS, MACK               :
DONOHOE CONTRACTORS, INC.                  :
                                           :
                                           :
PETITION OF: TOLL BROTHERS, INC.,          :
TOLL BROS., INC., TOLL PA II, L.P. AND
TOLL PA GP CORP.

FURRUKH MUNAWAR AND AAIYSHA                 :    No. 307 EAL 2022
MUNAWAR                                     :
                                           :
                                           :    Petition for Allowance of Appeal
                        v.                  :    from the Order of the Superior Court
                                           :
                                           :
TOLL BROTHERS, INC, TOLL PA II, L.P.,       :
TOLL PA GP CORP, TOLL BROS., INC.,          :
TOLL ARCHITECTURE, INC., TOLL               :
ARCHITECTURE I, P.A.                        :
                                           :
                                           :
                        v.                  :
                                           :
                                           :
ANDERSEN WINDOWS, INC., MACK-               :
DONOHOE CONTRACTORS, INC.,                  :
MILLENNIUM CONTRACTING                      :
CORPORATION                                 :
                                           :
                                           :
PETITION OF: TOLL BROTHERS, INC.,           :
TOLL BROS., INC., TOLL PA II, L.P. AND      :
TOLL PA GP CORP.                            :

DANIEL PORTER AND CAROLYN                   :    No. 308 EAL 2022
PORTER                                      :
                                           :
                                           :    Petition for Allowance of Appeal
                        v.                  :    from the Order of the Superior Court
                                           :
                                           :
TOLL BROTHERS, INC, TOLL PA II, L.P.,       :
TOLL PA GP CORP, TOLL BROS., INC.,          :
TOLL ARCHITECTURE, INC., TOLL               :
ARCHITECTURE I, P.A.                        :

[300 EAL 2022, 301 EAL 2022, 302 EAL 2022, 303 EAL 2022, 304 EAL 2022, 305 EAL
        2022, 306 EAL 2022, 307 EAL 2022 and 308 EAL 2022] - 5

|                                                              |   |
|--------------------------------------------------------------|---|
|                                                              | : |
|                                                              | : |
|                                                              | : |
| v.                                                           | : |
|                                                              | : |
|                                                              | : |
| ANDERSEN WINDOWS, INC., DOMINIC C.                            | : |
| DEFRANGESCO, MACK DONOHOE                                     | : |
| CONTRACTORS, INC.                                            | : |
|                                                              | : |
|                                                              | : |
| PETITION OF: TOLL BROTHERS, INC.,                            | : |
| TOLL BROS., INC., TOLL PA II, L.P. AND                       | : |
| TOLL PA GP CORP.                                             | : |

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 18th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.

[300 EAL 2022, 301 EAL 2022, 302 EAL 2022, 303 EAL 2022, 304 EAL 2022, 305 EAL 2022, 306 EAL 2022, 307 EAL 2022 and 308 EAL 2022] - 6